HERBERT MITCHELL, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ALFRED HOFMANN, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 48 *N. J. Super.* 396.

*Messrs. Cole, Morrill & Berman* for the petitioners.

*Messrs. Lorentz & Stamler* and *Mr. Melvin P. Antell* for the respondents.

March 10, 1958.    Denied.

SAMUEL S. SALITAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. FINN H. MAGNUS, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 48 *N. J. Super.* 168.

*Mr. Israel B. Greene* and *Mr. Murry D. Brochin* for the petitioners.

*Mr. Max L. Rosenstein* for the respondents.

March 10, 1958.    Granted.